Steven W. Egbert

1216 Vista Cantora

San Clemente, California 92672

Tel:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

Steven W. Egbert

    Plaintiff,

V.

Southwest Collection Service, Inc
Medic Credit Corp
Ars National Services
Collection Consultants
Enhanced Recovery Co, Llc
Client Services Inc

    Defendant(s),

Case No. SACV13-421 DOC(RNBx)

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**

"TRIAL BY JURY DEMANDED"

## PLAINTIFFS' STATEMENT OF CLAIM
## STATEMENT UPON WHICH RELIEF CAN BE GRANTED

### Statement of Claim

The Defendants are a 3rd party debt collector, as such is governed under the law by The Fair Debt Collection Practices Act 15 USC Section §1601, *et seq*. The Defendants are also governed under the law by The Fair Credit Reporting Act 15 USC Section §1681, *et seq*. The State of

California abides by and adheres to these laws. Thus establishing the jurisdiction of this honorable court. Specifically 618 of the FDCRA.

The Plaintiff denies ever having any contractual agreement for credit, loans or services relationship with the Defendant(s).

**Even if the Plaintiff did have such an agreement, which the Plaintiff denies, the alleged debt is not in question here. But the fact as to how it was or was not validated and wrongful actions of the Defendants in an attempt to collect and credit reporting of the alleged debt, violated the civil rights of the Plaintiff and the law as outlined in the Debt Collection Practices Act, 15 USC §1601, *et seq.* and the Fair Credit Reporting Act 15 USC §1681, *et seq.***

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

On May 2011, Defendant initiated a soft pull of Plaintiff's credit report from Experian without permissible purpose.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT DEBT COLLECTORS.

3. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

4. Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc., are a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

5. Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $6,000 against Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### NEGLIGENT NON-COMPLIANCE BY DEFENDANT DEBT COLLECTORS

6. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

7. Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

8. Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, negligently violated 15 U.S.C. §1681b(f)

by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $6,000 against Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

## COUNT III

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681q OBTAINING INFORMATION UNDER FALSE PRETENSES BY DEFENDANT DEBT COLLECTORS

Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, negligently violated 15 U.S.C. §1681q by knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $30,000 against Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681q.

## COUNT IV

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681s-2 RESPONSIBILTIES OF FURNISHERS OF INFORMATION TO CONSUMER REPORTING AGENCIES DEBT COLLECTORS

Complaint

Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, negligently violated 15 U.S.C. §1681s-2 by knowingly and willfully providing inaccurate information on a consumer credit report.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $6,000 against Southwest Collection Svc, Mediccredit Corp, Ars National Services, Collection Consultants, Enhanced Recovery Co, Llc and Client Services Inc, for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681q.

**WHEREFORE**, the defendant have violated the Fair Credit Reporting Act. Plaintiff demands Judgment in the amount of **$48,000.00**, plus all costs of this action along with punitive damages in the amount of **$150,000.00** pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a), 15 U.S.C §1681q.

## "TRIAL BY JURY DEMANED"

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 25th day of January, 2013

Steven W. Egbert
1216 Vista Cantora
San Clemente, California 92672

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [X])

Steven W. Egbert

**DEFENDANTS** (Check box if you are representing yourself [ ])

Enhanced Recovery Co. LLC, Southwest Collection Service, Medic Credit Corp, ARS National Services, Collection Consultants, Client Services Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

1216 Vista Cantora
San Clemente, CA. 92672

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

UNKNOWN

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**—For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No  **MONEY DEMANDED IN COMPLAINT:** $ 198,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1601 ET SEQ, AND 15 USC 1681 ET SEQ

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| 375 False Claims Act | 110 Insurance | 240 Torts to Land | 462 Naturalization Application | **Habeas Corpus:** 463 Alien Detainee | 820 Copyrights |
| 400 State Reapportionment | 120 Marine | 245 Tort Product Liability | 465 Other Immigration Actions | 510 Motions to Vacate Sentence | 830 Patent |
| 410 Antitrust | 130 Miller Act | 290 All Other Real Property | **TORTS** | 530 General | 840 Trademark |
| 430 Banks and Banking | 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | 535 Death Penalty | **SOCIAL SECURITY** |
| 450 Commerce/ICC Rates/Etc. | 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** 310 Airplane | 370 Other Fraud | **Other:** 540 Mandamus/Other | 861 HIA (1395ff) |
| 460 Deportation | | 315 Airplane Product Liability | 371 Truth in Lending | 550 Civil Rights | 862 Black Lung (923) |
| 470 Racketeer Influenced & Corrupt Org. | 151 Medicare Act | 320 Assault, Libel & Slander | 380 Other Personal Property Damage | 555 Prison Condition | 863 DIWC/DIWW (405 (g)) |
| 480 Consumer Credit | 152 Recovery of Defaulted Student Loan (Excl. Vet.) | 330 Fed. Employers' Liability | 385 Property Damage Product Liability | 560 Civil Detainee Conditions of Confinement | 864 SSID Title XVI |
| 490 Cable/Sat TV | | 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | 865 RSI (405 (g)) |
| 850 Securities/Commodities/Exchange | 153 Recovery of Overpayment of Vet. Benefits | 345 Marine Product Liability | 422 Appeal 28 USC 158 | 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| 890 Other Statutory Actions | 160 Stockholders' Suits | 350 Motor Vehicle | 423 Withdrawal 28 USC 157 | 690 Other | 870 Taxes (U.S. Plaintiff or Defendant) |
| 891 Agricultural Acts | 190 Other Contract | 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** [X] 440 Other Civil Rights | | 871 IRS-Third Party 26 USC 7609 |
| 893 Environmental Matters | 195 Contract Product Liability | 360 Other Personal Injury | 441 Voting | **LABOR** 710 Fair Labor Standards Act | |
| 895 Freedom of Info. Act | 196 Franchise | 362 Personal Injury-Med Malpratice | 442 Employment | 720 Labor/Mgmt. Relations | |
| 896 Arbitration | **REAL PROPERTY** | 365 Personal Injury-Product Liability | 443 Housing/Accomodations | 740 Railway Labor Act | |
| 899 Admin. Procedures Act/Review of Appeal of Agency Decision | 210 Land Condemnation | 367 Health Care/Pharmaceutical Personal Injury Product Liability | 445 American with Disabilities-Employment | 751 Family and Medical Leave Act | |
| | 220 Foreclosure | | 446 American with Disabilities-Other | 790 Other Labor Litigation | |
| 950 Constitutionality of State Statutes | 230 Rent Lease & Ejectment | 368 Asbestos Personal Injury Product Liability | 448 Education | 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV13-421 DOC(RNBx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | MISSOURI, ORANGE, LOS ANGELES, FLORIDA |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | MISSOURI, ORANGE, LOS ANGELES, FLORIDA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | MISSOURI, ORANGE, LOS ANGELES, FLORIDA |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 3/12/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Name & Address:

Steve W. Egbert
1216 Vista Cantora
San Clemente, California 92672

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve W. Egbert <br><br> PLAINTIFF(S) <br> v. <br> Southwest Collection Service Inc, Medic Credit Corp, Ars National Services, Collection Consultants, Ehanced Recovery Co, LLC, Client Service Inc <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV13-421 DOC(RNBx) <br><br> SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Steve W. Egbert_____, whose address is _1216 Vista Cantora, San Clemente, California 92672_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAR 12 2013

By: _NANCY INTERIANO_
Deputy Clerk

(Seal of the Court) 

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV13- 421 DOC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY