UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

Case No.  SACV 13-0421-DOC(RNBx)     Date  August 12, 2013

Title  STEVEN EDBERT -V- SOUTHWEST COLLECTION SERVICE INC., ET AL.

| Present: The Honorable | DAVID O. CARTER, United States District Judge | |
|---|---|---|
| Julie Barrera | C/S 8-12-13 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Keith Yeomans<br>Stephen H. Turner |

Proceedings:  SCHEDULING CONFERENCE

    The case is called and counsel makes his appearance. The Court notes no appearance from the plaintiff. The Court confers with counsel. Counsel state they have not had contact with the plaintiff. The Court dismisses the case without prejudice. The Court will allow plaintiff to file an objection to the dismissal. Any objection to the dismissal to be filed no later than September 13, 2013.

    The Court vacates Motion for Judgment on the Pleadings [32] and Motion to Dismiss [33] set on September 16, 2013.

                                                                                                            : 03

Initials of Clerk      jcb